■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN REID, Appellant. [872 NYS2d 668]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered September 12, 2006, convicting defendant, after a guilty plea, of burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 16 years to life, unanimously affirmed.

The record establishes that defendant made a valid waiver of his right to appeal, that the waiver encompassed his suppression claims (*see People v Kemp*, 94 NY2d 831 [1999]), and that it was otherwise enforceable (*see People v Holman*, 89 NY2d 876 [1996]). As an alternative holding, we also reject defendant's suppression claims on the merits. Concur—Tom, J.P., Moskowitz, Acosta and Freedman, JJ.